Richard Robert JOHNSON, Appellant,

v.

Darin Lee HAUGLAND; Dr. Dean A. Lee, Appellee.

No. 05–1784.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 1, 2006.

Filed: Feb. 22, 2006.

Richard Robert Johnson, Bayport, MN, pro se.

Mark Wells Hardy, Geraghty & O'Loughlin, St. Paul, MN, for Appellees.

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Minnesota inmate Richard Johnson filed this 42 U.S.C. § 1983 action against a doctor and a physical therapist, alleging they showed deliberate indifference to his serious medical needs in treating his injured left knee. Johnson appeals the district court's[1] adverse grant of summary judgment, and he challenges orders denying his motions to recuse and for a default judgment. Following careful review of the record and the briefs, we find no grounds for reversal, and we affirm for the reasons

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

stated by the district court. *See* 8th Cir. R. 47B.